IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CR-011-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ANTONIO DONTE SMITH, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Substitute Counsel And Notice Of Appearance" (Document No. 6) filed April 16, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Substitute Counsel And Notice Of Appearance" (Document No. 6) is **GRANTED**. Matthew G. Pruden shall be substituted as counsel of record for Defendant.

Signed: April 16, 2013

David C. Keesler
United States Magistrate Judge